# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: _____   Case Manager: _____

Case Name: _____

Is this case a cross appeal?   ☐ Yes   ☐ No
Has this case or a related one been before this court previously?   ☐ Yes   ☐ No
If yes, state:
   Case Name: _____   Citation: _____
   Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

<br><br><br><br><br><br><br><br><br><br><br><br><br><br>

**This is to certify that a copy of this statement was served on opposing counsel of record this ____ day of**

_____, _____.          _____
                                        Name of Counsel for Appellant