OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | 331 POTTER STEWART U.S. COURTHOUSE | |
|---|---|---|
| ROBERT W. RACK, JR. | 100 EAST FIFTH STREET | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | CINCINNATI, OHIO 45202-3988 | FAX (513) 564-7349 |
| DEBORAH N. GINOCCHIO | CA06-MEDIATION@ca6.uscourts.gov | |
| RODERICK M. MCFAULL | | |
| MARIANN YEVIN | | |

February 11, 2010

Sheila M. Smith, Esq.
Teresa A. Gonsalves, Esq.

      RE:    Dellinger v. Potter
              CA No. 09-4020

Dear Counsel:

      As discussed, attached is a form Stipulation to Dismiss. As you can see, this requires the signature of counsel for all parties. Once fully agreed to and executed, please file with the Court by the date below in order to voluntarily terminate the appeal. **Counsel who sign/approve the dismissal entry must have entered their Appearance of Counsel in this matter.**

      Further, pursuant to Rule 33, Rules of the Sixth Circuit, the filing deadlines for the submission of briefs in this matter are extended by **sixty (60)** days. Please note that the Clerk's Office will expect to receive for filing either the Stipulation to Dismiss, the Appellee's brief or a Status Report from the Appellant by **APRIL 12, 2010**. Failure of the Appellant to make a timely filing may result in the **dismissal of the appeal for noncompliance**.

      The Appellant is instructed to contact this Office <u>before the due date</u> if the above filing deadline cannot be met and additional time it needed.

      When you electronically file this document, and after you select the Event Category of <u>Motion/Stipulation</u>, proceed to the <u>Relief Category</u> and select "<u>Dispositive/Disposition</u>". From there you should select "<u>dismiss – mediation</u>" so the document can be received by Teresa Mack the Mediation Administrator/Coordinator.

      Thank you for your cooperation.

                                      Very truly yours,

                                      /s/

                                      Robert W. Rack, Jr.

Attachment
wjr

cc:    Michelle Davis, Case Manager