No. 09-4020

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| VICKIE DELLINGER, | : | |
| | : | |
| Plaintiff - Appellant | : | |
| | : | |
| v. | : | STIPULATION TO DISMISS |
| | : | |
| JOHN E. POTTER, United States Postal Service, | : | |
| | : | |
| Defendant - Appellee | : | |

The undersigned hereby stipulate that the above appeal(s) may be dismissed with prejudice upon such terms as have been agreed upon by the parties.

_____   _____
SHEILA M. SMITH, ESQ.                 TERESA A. GONSALVES, ESQ.
Attorney for Plaintiff-Appellant      Attorney for Defendant-Appellee
Vickie Dellinger                      John E. Potter

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing pleading has been served on all counsel of record, by regular U.S. Mail this _____ day of _____, 2010.

_____
Counsel for Appellant